**Jon Christopher WASHINGTON**

v.

**STATE**

**CR-13-1620**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed

**Johnny McADORY**

v.

**STATE**

**CR-13-1631**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/20/2015

Affirmed

**Nicholas McCARY**

v.

**STATE**

**CR-13-1638**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/13/2015

Affirmed

**Torsten Raon NORRIS**

v.

**STATE**

**CR-13-1639**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Flemon COOKS III**

v.

**STATE**

**CR-13-1648**

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied